UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,<br><br>　　　　　　Debtors. | Case No. 3:25-cv-00297 |

### META PLATFORMS, INC.'S DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), appellant Meta Platforms, Inc. ("Meta") provides the following disclosures:

Meta does not have a parent corporation. No publicly held corporation owns more than 10% of Meta stock.

Dated:  February 28, 2025
　　　　New York, New York

*/s/ George Angelich*
George Angelich (ct27542)
Eric Roman (admitted *pro hac vice*)
Patrick Feeney (admitted *pro hac vice*)
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
T: 212.457.5423
E: george.angelich@afslaw.com
　　eric.roman@afslaw.com
　　patrick.feeney@afslaw.com

- and -

Jin Yan (admitted *pro hac vice*)
ArentFox Schiff LLP
1717 K St. NW
Washington, DC 20006
T: 202.778.6442
E: jin.yan@afslaw.com

*Counsel for Meta Platforms, Inc.*

## CERTIFICATE OF SERVICE

I certify that on February 28, 2025, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all attorneys of record.

Dated: New York, New York
February 28, 2025

                                              */s/ George Angelich*
                                              George Angelich

AFSDOCS:301755988.1